Molly Encimer et al., Appellees, v. Grand Carniolian Slovenian Catholic Union of the United States of America, Appellant.

Gen. No. 41,675.

Heard in first division, first district, this court

at April term, 1941; opinion filed June 30, 1941. Frank J. Jones, for appellant; Hershenson & Hershenson, for appellees. Opinion by Justice O'Connor. "Not to be published in full."